UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER GOMEZ,<br><br>      Plaintiff,<br><br>  -against-<br><br>245 WEST 51ST STREET DELAWARE, LLC et al.,<br><br>      Defendants. | 24-cv-3080 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 On July 23, the Court ordered Plaintiff to submit a letter describing efforts to serve Defendants after the parties missed a deadline. Dkt. 8. Plaintiff failed to submit a letter but did submit affidavits of service. Dkts. 9–10. Based on those affidavits, answers were due last Friday. Still, no Defendant has appeared. By August 7, 2024, Plaintiff shall submit a letter addressing whether he has been in touch with Defendants and how Plaintiff intends to move this case forward, such as by moving for default judgment.

 SO ORDERED.

Dated: August 5, 2024
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge