UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER GOMEZ,<br><br>        Plaintiff,<br><br> -against-<br><br>245 WEST 51ST DELAWARE, LLC et al.,<br><br>        Defendants. | 24-cv-3080 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 On July 23, 2024, the Court ordered Plaintiff to submit a letter describing efforts to serve Defendants after the parties missed a deadline. Dkt. 8. Plaintiff failed to submit a letter but did submit affidavits of service. Dkts. 9–10. Based on those affidavits, answers were due last Friday. But no Defendant had appeared. So the Court ordered Plaintiff to submit a letter by August 7, updating the Court on the status of this case. Plaintiff has also failed to file that letter. Plaintiff shall file a letter complying with the Court's previous order by **August 15, 2024**, or **the case may be dismissed without further notice for failure to prosecute and failure to follow court orders.** *See* Fed. R. Civ. P. 41(b).

 SO ORDERED.

Dated: August 8, 2024
   New York, New York

                           _____
                            ARUN SUBRAMANIAN
                           United States District Judge