# THE KONOPKA LAW GROUP PLLC
Attorneys & Counselors At Law

277 Broadway
Suite 810
New York, New York 10007
(212) 385-4800
Fax (212) 346-0858
konopka@mfklaw.com

*Via ECF*

29 August, 2024

Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   **Gomez v. 245 West 51st Street Delaware LLC** *et al*
<u>Docket No.: 24-03080</u>

> The request for an adjournment is GRANTED. The initial pretrial conference is rescheduled to September 26, 2024 at 2:30 PM.
>
> The Clerk of Court is directed to terminate the motion at Docket 19.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Dated: August 30, 2024

Honorable Judge Subramanian:

I am the attorney for the defendants in the above-referenced matter. An answer was interposed on behalf of the defendants on August 28, 2024.

I am writing to the Court to respectfully request an adjournment of the initial pre-trial conference that is currently scheduled for September 17, 2024 at 2:30 p.m. to the next available date that is convenient to the Court. The reason for this request is that I will be engaged in the trial of the matter entitled *The Guarantee Company of North America v. Alex Zirulnik et al.* (Nassau County Supreme Court Index No. 601364/2022). The trial before the Honorable Timothy S. Driscoll will commence on September 16, 2024.

Defendants have not previously requested this relief. I have conferred with Jennifer Tucek, Esq., the attorney for the plaintiff, and she consents to this request.

I apologize for any inconvenience this request may cause the Court.

Thank you.

Respectfully yours,

*Michael Konopka*

Michael Konopka

MK/yc
cc.: Law Office of Jennifer Tucek, P.C. via ECF