UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER GOMEZ,<br><br>                          Plaintiff,<br><br>       -against-<br><br>245 WEST 51ST STREET DELAWARE, LLC, et al.,<br><br>                          Defendant(s). | 24-CV-3080 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   Pursuant to the Court's AUGUST 30 Order, ECF No. 20, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in the order, no later than SEPTEMBER 18, 2024. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to SEPTEMBER 24, 2024.

   SO ORDERED.

Dated: September 20, 2024
       New York, New York

                                                 _____
                                                        ARUN SUBRAMANIAN
                                                     United States District Judge