UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    Case No: 1:24-cv-03080-JAV
ALEXANDER GOMEZ,

        Plaintiff,

-against-

245 WEST 51ST DELAWARE, LLC and
SAAR FOOD GROUP INC.,

        Defendants.
-------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties appearing in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action as to 245 WEST 51ST DELAWARE, LLC and SAAR FOOD GROUP INC. are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses to any party.

Dated: New York, New York
       January 17, 2025

By: _____
Michael Frederic Konopka
The Konoka Law Group
277 Broadway, Suite 810
New York, NY 10007
(212) 385-4800
konopka@mfklaw.com
*Attorney for Defendants, 245 West 51ST DELAWARE, LLC and SAAR FOOD GROUP INC.*

By: _____
Jennifer E. Tucek, Esq.
Law Office of Jennifer Tucek, PC
641 Lexington Avenue
New York, NY 10022
(917) 669-6991
TucekLaw@Gmail.com
*Attorney for Plaintiff*